Matthew J. Eandi (SBN 279734)
  meandi@eandilawgroup.com
**EANDI LAW GROUP APC**
633 West Fifth Street, 26th Floor
Los Angeles, California 90071
Telephone  (310) 860-6951
Facsimile  (866) 608-6487

Attorneys for Plaintiff
MyBusinessLoan.com, LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYBUSINESSLOAN.COM, LLC, | CASE NO. 3:16-cv-00011-JM-WVG |
| Plaintiff, | |
| v. | **DECLARATION OF MATTHEW J. EANDI IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST ALL DEFENDANTS** |
| TEKDYNAMICS, INC., a Texas corporation, ASTEK SOLUTIONS, INC., a Texas corporation, and NARASIMHA BHOGAVALLI, an individual, | |
| Defendants. | Ctrm:   2D Hon. Jeffrey T. Miller |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Eandi Law Group APC

Eandi Law Group APC

## DECLARATION OF MATTHEW J. EANDI

I, Matthew Eandi, Esq., declare:

1.     I am an attorney at law licensed to practice before the courts of the state of California and the United States District Court for the Southern District of California.  I am a member with the law firm of Eandi Law Group APC.  Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.     On January 5, 2016, Plaintiff caused the complaint in this action to be filed.

3.     The Proof of Service on file in this action states that on April 5, 2016, Defendant TekDynamics, Inc. ("TekDynamics") was served with the summons and complaint [DE 4].

4.     The Proof of Service on file in this action states that on April 5, 2016, Defendant Astek Solutions, Inc. ("Astek") was served with the summons and complaint [DE 5].

5.     The Proof of Service on file in this action states that on April 5, 2016, Defendant Narasimha Bhogavalli ("Bhogavalli") was served with the summons and complaint [DE 6].

6.     Defendants TekDynamics, Astek and Bhogavalli have failed to appear, plead or otherwise defend in this action.

7.     Plaintiff caused to be filed a Request for Entry of Default as to all Defendants [DE 8], which the Court entered on April 29, 2016 [DE 9].

8.     I have reviewed my firm's billing records and have determined the attorneys' fees and costs incurred by Plaintiff by my firm in this matter to be reasonable and customary for the matter at issue and the work completed.

**DECLARATION OF MATTHEW J. EANDI IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST ALL DEFENDANTS**

9.      Plaintiff has incurred attorneys' fees in this case from my firm in the amount of $350.00. Copies of my firm's invoices related to this matter are attached hereto as Exhibit A.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 20, 2016

By: s/ *Matthew J. Eandi*
Matthew J. Eandi, Esq.

DECLARATION OF MATTHEW J. EANDI IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT
JUDGMENT AGAINST ALL DEFENDANTS

Eandi Law Group APC

***Declaration of Matthew J. Eandi***

**EXHIBIT A**

**Eandi Law Group APC**

633 West Fifth Street

26th Floor

Los Angeles, CA  90071

(310) 860-6951

accounting@eandilawgroup.com



# INVOICE

| | |
|---|---|
| **INVOICE #** | 00216 |
| **DATE** | 11/20/2016 |
| **DUE DATE** | 12/20/2016 |
| **TERMS** | Net 30 |

**BILL TO**

MyBusinessLoan.com, LLC

Attn: Camille Hayes

1901 Camino Vida Roble, Suite
120

Carlsbad, CA  92008

Please detach top portion and return with your payment.

**MATTER**

Tekdynamics

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/20/2016 | Revise proposed order in support of Motion for Default Judgment - Matthew J Eandi | 0:18 | 175.00 | 52.50 |
| 11/20/2016 | Review and confirm motion for entry of default judgment conforms to local rules - Matthew J Eandi | 0:30 | 175.00 | 87.50 |
| 11/20/2016 | Revise and finalize declaration of Matthew J. Eandi in support of motion for entry of default judgment - Matthew J Eandi | 0:24 | 175.00 | 70.00 |
| 11/20/2016 | Review and revise motion for entry of default judgment - Matthew J Eandi | 0:48 | 175.00 | 140.00 |

For your convenience, we offer the option of E-Check payment at no extra cost to you.

**BALANCE DUE**

# $350.00

Thank you for your business.